■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD KENNIE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (West, J.), imposed October 29, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Harwood, Lawrence, Copertino and Santucci, JJ., concur.